**Larry Keith GREEN, Plaintiff–Appellant,**

v.

**Robert G. HARRELL; Kinston Police Department; Dennis Harper; Lenoir County Sheriff Department, Defendants–Appellees.**

No. 01–6215.

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 25, 2001.

PER CURIAM.

Larry Keith Green appeals from the district court's order dismissing some of the claims in Green's 42 U.S.C.A. § 1983 (West Supp. 2000) suit. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*